IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN LEES,<br><br>   Plaintiff,<br><br>v.<br><br>TILRAY, INC., BRENDAN KENNEDY, CHRISTINE ST. CLARE, REBEKAH DOPP, MICHAEL AUERBACH, and SOREN SCHRODER,<br><br>   Defendants. | Civil Action No. 1:21-cv-02734-VSB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Steven Lees hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 3, 2021

                   Respectfully submitted,

                   By: */s/ Joshua M. Lifshitz*
                   Joshua M. Lifshitz
                   Email: jml@jlclasslaw.com
                   **LIFSHITZ LAW FIRM, P.C.**
                   1190 Broadway
                   Hewlett, New York 11557
                   Telephone: (516) 493-9780
                   Facsimile: (516) 280-7376

                   *Attorneys for Plaintiff*